IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 10-cr-00058-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDREW ELI BACA,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 22, 2010.**

    Pending before the Court is Defendant's Motion to Modify Conditions of Release [docket #30]. Defendant has failed to notify the Court of the United States' position on his request. Therefore, the United States shall file a response to the motion **on or before April 26, 2010**.